L. T. PAFFORD v. J. A. JONES CONSTRUCTION COMPANY AND D. DRADDY.

(Filed 27 November, 1940.)

**Appeal and Error § 38—**

When the Supreme Court is evenly divided in opinion, one Justice not sitting, the judgment of the lower court will be affirmed without becoming a precedent.

APPEAL by plaintiff from *Johnston, Special Judge,* at September Term, 1940, of MECKLENBURG.

PAFFORD *v.* CONSTRUCTION CO.

Action for damages for personal injuries alleged to have been caused by the negligence of defendants. Defendants demurred on the ground that the complaint did not state facts sufficient to constitute a cause of action. From judgment sustaining the demurrer, plaintiff appealed.

*G. T. Carswell and Joe W. Ervin for plaintiff, appellant.*
*J. Laurence Jones and Stewart & Moore for defendant, appellee.*

PER CURIAM. One member of the Court, *Winborne, J.,* not sitting, and the remaining six being evenly divided in opinion, the judgment of the Superior Court is affirmed in accord with the usual practice in such cases, and stands as the decision in this case without becoming a precedent. *Howard v. Coach Co.,* 216 N. C., 799.

Affirmed.

# DISPOSITION OF APPEALS FROM THE SUPREME COURT OF NORTH CAROLINA TO THE SUPREME COURT OF THE UNITED STATES

*Best & Co. v. Maxwell, Comr. of Revenue,* 216 N. C., 114; *S. c.,* 217 N. C., 134. Reversed.

*Monfils v. Hazlewood,* 218 N. C., 215. Petition for *certiorari* denied.